**Opinion issued June 28, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

**NO. 01-11-00980-CV**

---

**NNK INVESTMENTS LP, Appellant**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-68169**

---

## MEMORANDUM OPINION

Appellant, NNK Investments LP, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.